ORDER
Plaintiffs-appellees filed a petition for an initial hearing en banc. A member of the court requested a poll on whether this case should be heard initially en banc. A majority of the judges in active service voted that it should not be heard initially en banc.
Chief Judge Wilkinson and Judges Widener, Murnaghan, Niemeyer, Michael, Motz, Traxler, and King voted to deny initial en banc hearing. Judges Wilkins, Luttig, and Williams voted to grant initial en banc hearing.
Chief Judge Wilkinson filed an opinion concurring in the denial of an initial hearing en banc. Judge Luttig filed an opinion dissenting from denial of hearing en banc. The petition for initial hearing en banc is hereby denied. Entered at the direction of Chief Judge Wilkinson for the court.